# Certificate of Resolution
## Muddaddy Flats LLC

Daniel Frament, the undersigned, hereby certify that he is the sole member and managing member of Muddaddy Flats, LLC (the "Company"), and that he is duly authorized to execute and deliver this certificate on its behalf.

The undersigned further certifies that the following resolutions were duly adopted at a special meeting of the members held on February 9, 2024;

**NOW, THEREFORE, BE IT RESOLVED,** that the membership of the Company authorizes and directs Daniel Frament, on behalf of the Company, to execute and deliver all documents necessary to perfect the filing of a Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the Northern District of New York, on behalf of the Company; and

**BE IT FURTHER RESOLVED,** that Daniel Frament, on behalf of the Company, at such times as may be appropriate or convenient, is authorized and directed to appear in all such bankruptcy proceedings on behalf of the Company, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with said bankruptcy proceedings; and

**BE IT FURTHER RESOLVED**, that Daniel Frament, on behalf of the Company is authorized and directed to employ Boyle Legal, LLC, Michael L. Boyle, member, to represent the Company in said bankruptcy proceedings.

The undersigned further certifies that the foregoing resolutions are in full force and effect on the date hereof as resolutions duly adopted by the members of the Company and have been in full force and effect at all times subsequent to the adoption, not having been amended, repealed, or modified.

**IN WITNESS WHEREOF**, the undersigned has executed this certificate as of February 9, 2024.

/s/ Daniel Frament
Daniel Frament